UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYMOND ANDREWS, ) | 1:04-cv-05957-REC-DLB-HC |
| ) | |
| Petitioner, ) | **ORDER ADOPTING FINDINGS AND** |
| ) | **RECOMMENDATIONS** (Doc. 14) |
| v. ) | |
| ) | **ORDER DENYING PETITION FOR** |
| STUART J. RYAN, ) | **WRIT OF HABEAS CORPUS** |
| ) | |
| Respondent. ) | **ORDER DIRECTING CLERK TO ENTER** |
| ) | **JUDGMENT FOR RESPONDENT** |
| | |
| | **ORDER TERMINATING ACTION** |

    Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

    On August 16, 2005, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be DENIED, and judgment be entered in favor of Respondent, terminating this action. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On August 31, 2005, Petitioner filed objections to the Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C. § 636
2 (b)(1)(C), this Court has conducted a *de novo* review of the case.
3 Having carefully reviewed the entire file, including Petitioner's
4 objections, the Court concludes that the Magistrate Judge's
5 Findings and Recommendations are supported by the record and proper
6 analysis.  Petitioner's objections present no grounds for
7 questioning the Magistrate Judge's analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.   The Findings and Recommendations, filed August 16, 2005,
10 are ADOPTED IN FULL;
11    2.   The Petition for Writ of Habeas Corpus is DENIED;
12    3.   The Clerk of Court enter judgment for Respondent; and,
13    4.   This action is therefore TERMINATED.

IT IS SO ORDERED.

**Dated:  September 28, 2005**                    **/s/ Robert E. Coyle**
668554                                  UNITED STATES DISTRICT JUDGE

2