IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

DAVID RAYMOND ANDREWS,                )        No. CV-F-04-5957 REC/DLB HC
                                      )
                                      )        ORDER DECLINING TO ISSUE
                                      )        CERTIFICATE OF APPEALABILITY
                 Petitioner,          )
                                      )
        vs.                           )
                                      )
                                      )
STUART J. RYAN,                       )
                                      )
                                      )
                 Respondent.          )
                                      )
_____  )

     The court hereby declines to issue a certificate of

appealability, the court concluding that petitioner has not made

a substantial showing of the denial of a constitutional right.

     IT IS SO ORDERED.

**Dated:  October 19, 2005**              **/s/ Robert E. Coyle**
668554                                    UNITED STATES DISTRICT JUDGE

1